**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––––––

**No. 23-6699**

––––––––––––––

LAWRENCE VERLINE WILDER,

        Petitioner - Appellant,

    v.

JOSH STEIN; D. H. PRICE,

        Respondents - Appellees.

––––––––––––––

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:23-hc-02089-D-RJ)

––––––––––––––

Submitted:  June 25, 2024                    Decided:  June 27, 2024

––––––––––––––

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

––––––––––––––

Affirmed by unpublished per curiam opinion.

––––––––––––––

Lawrence Verline Wilder, Sr., Appellant Pro Se.

––––––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's order dismissing without prejudice his action, construed as a 28 U.S.C. § 2241 petition, for failure to comply with the magistrate judge's order directing Wilder to pay the filing fee or apply to proceed without payment of fees within 21 days. *See* Fed. R. Civ. P. 41(b). After reviewing the record, we conclude that the district court did not abuse its discretion in dismissing Wilder's action. *See Ballard v. Carlson*, 882 F.2d 93, 95-96 (4th Cir. 1989) (holding that district court did not abuse discretion when it dismissed case for failure to comply with prior order after explicitly warning that dismissal would result from failure to comply). Accordingly, we affirm the district court's judgment. *Wilder v. Stein*, No. 5:23-hc-02089-D-RJ (E.D.N.C. June 2, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*